UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| TRACEY MOSELEY<br>          Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br>          Defendant.<br>_____/ | Case No. 19-cv-13147<br><br>Paul D. Borman<br>United States District Judge<br><br>David R. Grand<br>United States Magistrate Judge |

**OPINION AND ORDER**
**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 17); DENYING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT (ECF No. 15); and GRANTING IN PART AND DENYING IN PART MOSELY'S MOTION FOR SUMMARY JUDGMENT (ECF No. 12)**

On February 2, 2021, Magistrate Judge David R. Grand issued a Report and Recommendation (ECF No. 17) addressing the cross-motions for Summary Judgment filed in this matter (ECF Nos. 12, 15). In the Report and Recommendation, Magistrate Judge Grand recommends the Commissioner's Motion (ECF No. 15) be denied and Mosely's Motion (ECF No. 12) be granted, pursuant to sentence four of 42 U.S.C. § 405(g), to the extent it seeks remand and denied to the extent it seeks an award of benefits.

1

Having conducted a review of the Magistrate Judge's Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), this Court ADOPTS the Report and Recommendation of Magistrate Judge Grand and this case is hereby REMANDED for further proceedings consistent with this Order and the Report and Recommendation.

SO ORDERED.

                                                        s/Paul D. Borman  
                                                       Paul D. Borman  
                                                       United States District Judge

Dated: February 25, 2021